| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| MARK HUNT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. DIAZ, et al.,<br><br>　　　　　Defendants. | No. 1:19-cv-00504-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 21) |

　　　　Plaintiff Mark Hunt is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 19, 2019, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's due process claim be dismissed for failure to state a cognizable claim and this action proceed only on plaintiff's excessive use of force claim brought against defendants D. Diaz, A. Velasquez, J. Brainard, G. Solorio, and K. Reyes. (Doc. No. 21.) The findings and recommendations were served on plaintiff and contained notice that objections were due within twenty-one (21) days. No objections have been filed and the time to do so has now passed.

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on September 19, 2019 (Doc. No. 21) are adopted in full;
2. Plaintiff's due process claim is dismissed for failure to state a cognizable claim;
3. This action shall proceed solely on plaintiff's excessive use of force claim against defendants D. Diaz, A. Velasquez, J. Brainard, G. Solorio, and K. Reyes; and
4. The matter is referred back to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **December 5, 2019**

UNITED STATES DISTRICT JUDGE