UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HUNT,<br><br>        Plaintiff,<br><br>    v.<br><br>D. DIAZ, et al.,<br><br>        Defendants. | Case No.: 1:19-cv-00504-DAD-SAB (PC)<br><br>ORDER SETTING SETTLEMENT CONFERENCE BY VIDEO<br><br>**Date: June 25, 2020**<br>**Time: 9:30 a.m.** |

    A settlement conference in this matter is currently set scheduled on June 25, 2020, at 9:30 a.m. before the undersigned. In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the settlement conference shall proceed as scheduled on **June 25, 2020, at 9:30 a.m.** and the parties shall participate by video. Counsel for Defendants is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed. Counsel shall also contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for information on how to facilitate the conference. By way of separate order, the Court will issue the transportation writ for Plaintiff's appearance by video.

IT IS SO ORDERED.

Dated:   **May 27, 2020**                 /s/ *Barbara A. McAuliffe*
                                                                       UNITED STATES MAGISTRATE JUDGE