UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HUNT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. DIAZ, et al.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-00504-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO ALLOW PLAINTIFF TO APPEAR BY TELEPHONE AT THE SETTLEMENT CONFERENCE, IF NECESSARY<br><br>(Doc. No. 43) |

　　　　Plaintiff Mark Hunt is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　This case is currently set for settlement conference via video before the undersigned on June 25, 2020, at 9:30 a.m.

　　　　On June 17, 2020, Defendants filed a request to allow Plaintiff to appear by telephone, if necessary, due to potential technical and logistical problems with the video conferencing equipment at Kern Valley State Prison (KVSP).

　　　　On the basis of good cause, it is HEREBY ORDERED that:

　　　　1.　　Plaintiff may appear by telephone at the June 25, 2020 settlement conference, if necessary;

　　　　2.　　Defendants' counsel is required to arrange for Plaintiff's participation by contacting the

1

Litigation Coordinator at KVSP where Plaintiff is housed;

3. Defendants' counsel shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for video and dial-in information for all parties; and

4. All other requirements set forth in the March 9, 2020 order setting the settlement conference remain in effect.

IT IS SO ORDERED.

Dated: __**June 18, 2020**__        /s/ *Barbara A. McAuliffe*_
                                      UNITED STATES MAGISTRATE JUDGE

2