UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HUNT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>D. DIAZ, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:19-cv-00504-DAD-SAB (PC)<br><br>ORDER LIFTING STAY OF PROCEEDINGS, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>[ECF Nos. 32, 46] |

Plaintiff Mark Hunt is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 25, 2020, Magistrate Judge Barbara A. McAuliffe conducted a settlement case in this case, and the case did not settle. Accordingly, the stay imposed on March 9, 2020, is VACATED, and the Clerk of Court shall issue the Discovery and Scheduling Order.

IT IS SO ORDERED.

Dated: __August 11, 2020__　　　　　　　　　　　　　　__/s/ Stanley A. Boone__
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1