UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HUNT,<br><br>        Plaintiff,<br><br>    v.<br><br>D. DIAZ, et al.,<br><br>        Defendants. | No. 1:19-cv-00504-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 50) |

Plaintiff Mark Hunt is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 12, 2020, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's August 10, 2020 notice (Doc. No. 47), which the magistrate judge construed as a motion for preliminary injunctive relief, be denied because the court lacks jurisdiction over the prison officials that plaintiff is seeking to enjoin since those particular officials are not named as defendants in the present action. (Doc. No. 50.)  On August 31, 2020, plaintiff filed objections to the pending findings and recommendations.  (Doc. No. 51.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including

/////

1

plaintiff's objections, the undersigned concludes that the findings and recommendations are supported by the record and proper analysis.

Plaintiff's objections do not meaningfully dispute the magistrate judge's finding that this court does not have jurisdiction to grant the relief that plaintiff is seeking because the prison officials who he is seeking to enjoin are not named as defendants in this action.  In fact, plaintiff appears to agree with the findings and recommendations in this regard, noting that "will be fil[ing] another civil rights action . . . against" the prison officials who allegedly are making it difficult or impossible for him to access his legal materials.[1]  (Doc. No. 51 at 2.)

Accordingly,

1. The findings and recommendations issued on August 12, 2020 (Doc. No. 50) are adopted in full; and
2. Plaintiff's motion for preliminary injunctive relief (Doc. No. 47) is denied.

IT IS SO ORDERED.

Dated:   **September 17, 2020**

UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff recently filed another notice in this case, wherein he again informs the court that he will "soon" be filing a "new case."  (*See generally* Doc. No. 53.)