UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HUNT,<br><br>        Plaintiff,<br><br>    v.<br><br>D. DIAZ, et al.,<br><br>        Defendants. | No. 1:19-cv-00504-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE<br><br>(Doc. No. 70) |

    Plaintiff Mark Hunt is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On November 2, 2021, the assigned magistrate judge issued the pending findings and recommendations recommending dismissal of this action, without prejudice, due to plaintiff's failure to prosecute. (Doc. No. 70.) Those pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 5.) To date, no objections have been filed and the time in which to do so has now passed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly:

1. The findings and recommendations issued on November 2, 2021 (Doc. No. 70) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **December 6, 2021**

UNITED STATES DISTRICT JUDGE